UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81104-BB-Bloom/Reinhart

**GREENWAY NUTRIENTS, INC.**, a
Colorado corporation,

         Plaintiff,

  v.

**DAVID SELAKOVIC**, an individual;
**STEVEN BLACKBURN**, an
individual; **FULFILLMENT
SOLUTIONS SERVICES, INC.,** a
Florida corporation; **NEW EPIC
MEDIA, LLC**, a Florida limited
liability company; **VEGALAB S.A.**, a
Swiss company; **VEGALAB LLC**, a
Delaware limited liability company;
**VEGALAB INC., F/K/A HPC
ACQUISITIONS, INC.**, a Nevada
corporation; **THE RYAN LAW
GROUP, LLC**, a Florida limited
liability company; **JAMES D. RYAN**,
an individual; **MICHAEL J. RYAN**,
an individual; **SUPREME
GROWERS LLC**, a Tennessee
limited liability company; **ECOWIN
CO., LTD.**, a South Korean company;
and **DOE ENTITIES 1-10**, inclusive,

        Defendants.

<u>**PLAINTIFF GREENWAY
NUTRIENTS, INC.'S NOTICE OF
STRIKING DOCKET ENTRY 44**</u>

Plaintiff, GREENWAY NUTRIENTS, INC., by and through undersigned counsel hereby

files this Notice of Striking [DE 44] and in support states as follows:

On November 8, 2018, Plaintiff incorrectly e-filed their Initial Disclosure Pursuant to

Federal Rule of Civil Procedure 26.

WHEREFORE, Plaintiff, respectfully requests this Honorable Court to strike [DE 44].

Dated this 9th day of November, 2018.

Respectfully submitted,

Ronald S. Nisonson, Esq.
Florida Bar No. 79405
rnisonson@warddamon.com
Ana P. Moretto, Esq.
Florida Bar No. 126347
amoretto@warddamon.com
**Ward Damon Posner**
**Pheterson & Bleau**
4420 Beacon Circle
West Palm Beach, Florida 33407-3281
Telephone:     (561) 842-3000
Facsimile:     (561) 842-3626
litservice@warddamon.com

John M. Pierce, Esq.
Appearing Pro Hac Vice
jpierce@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
Telephone:     (213) 262-9333
**Pierce Bainbridge Beck**
**Price & Hecht LLP**

Jonathan A. Sorkowitz, Esq.
Appearing Pro Hac Vice
jsorkowitz@piercebainbridge.com
20 West 23rd Street, Fifth Floor
New York, New York 10010
Telephone: (213) 262-9333
**Pierce Bainbridge Beck**
**Price & Hecht LLP**

*Attorneys for Plaintiff Greenway Nutrients, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2018, a true copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the Service List below.

Ronald S. Nisonson, Esq.

**SERVICE LIST**
**James D. Ryan, Esq.**
Florida Bar No. 976751
jdr@ryanlawgroup.net
sue@ryanlawgroup.net
**Ryan Law Group, PLLC**
636 US Highway One, Suite 110
North Palm Beach, Florida 33408
Telephone:    (561) 881-4447
Facsimile:    (561) 881-4461
*Attorney for Defendants Vegalab, LLC,*
*Vegalab Inc., Ryan Law Group, PLLC,*
*Michael J. Ryan, and James D. Ryan*