UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81104-BLOOM/Reinhart

GREENWAY NUTRIENTS, INC.,

    Plaintiff,

v.

DAVID SELAKOVIC, *et al*.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. On **October 26, 2018**, the Court ordered the parties to jointly file a proposed order scheduling mediation, setting forth their selected mediator pursuant to Local Rule 16.2, and a time, date, and place for mediation. ECF No. [39]. On **November 15, 208**, Plaintiff filed a notice of mediator selection, but failed to designate a mediator and location for the mediation. ECF No. [46] ("Notice"). Accordingly, it is **ORDERED AND ADJUDGED** that **no later than November 21, 2018**, the parties shall file a supplemental notice and proposed order scheduling mediation, as required by the Scheduling Order, ECF No. [39]. Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further notice.

The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov. All other deadlines set forth in the Scheduling Order shall remain strictly in place.

Case No. 18-cv-81104-BLOOM/Reinhart

**DONE AND ORDERED** in Miami, Florida, this 15th day of November, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record