UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81104-BLOOM/Reinhart

GREENWAY NUTRIENTS, INC.,

    Plaintiff,

v.

DAVID SELAKOVIC, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION FOR CLARIFICATION

**THIS CAUSE** is before the Court upon Defendant Vegalab, Inc.'s ("Defendant"), Motion for Clarification of the Court's Order [81] ("Motion"), ECF No. [82].  The Court has reviewed the Motion, the record and applicable law, and is otherwise fully advised.  For the reasons that follow, Defendant's Motion, ECF No. [82], is granted and the Court clarifies its previous Order, ECF No. [81], to include Defendant Vegalab, Inc., as one of the Defendants dismissed from the above-captioned lawsuit.

On February 15, 2019, the Court issued an Omnibus Order (the "Order") finding that the doctrine of *res judicata* barred the above-captioned case from proceeding against certain Defendants.  *See* ECF No. [81], at 15.  These Defendants included David Selakovic, Steven Blackburn, Fulfillment Solutions, Inc., New Epic Media, LLC, Vegalab, LLC, Vegalab S.A. and Supreme Growers, LLC.  *Id.*  Specifically, the Court found that the dismissal of another suit previously filed in the Southern District of Florida, *Greenway Nutrients Inc. v. David Selakovic, et al.*, Case No. 17-cv80714-KAM, (the "2017 Florida Federal Action"), satisfied each of the requirements of *res judicata*.  *Id.* at 14.  Accordingly, the Court found that *res judicata* barred the

instant action from proceeding against "any of the Defendants named in the 2017 Federal Action or 'those who sit in privity with them.'"  *Id.* at 15.

Defendant Vegalab, Inc. now moves for clarification of the Court's Order on the basis that it was a defendant in the 2017 Florida Federal Action, and the Court did not order that Vegalab, Inc. should also be dismissed. ECF No. [82], at 1-2 (noting that Defendant Vegalab, Inc. was "included [in the 2017 Florida Federal Action] as a defendant [*sic*] within the body of that complaint, [but] was omitted from the style."). Upon a review of the complaint in the 2017 Florida Federal Action, the Court notes that Defendant Vegalab, Inc. was in fact included as a defendant. *See generally*, *Greenway Nutrients Inc. v. David Selakovic, et al.*, Case No. 17-cv80714-KAM, ECF No. [1]. Accordingly, for the same reason cited in the Court's Order that Defendants David Selakovic, Steven Blackburn, Fulfillment Solutions, Inc., New Epic Media, LLC, Vegalab, LLC, Vegalab S.A. and Supreme Growers, LLC were dismissed from the above-captioned case, Defendant Vegalab, Inc. should also be dismissed. *See* ECF No. [81], at 11-15 (holding that the doctrine of *res judicata* barred the instant action from proceeding against the defendants who were previously named in the 2017 Federal Court Action.).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion, **ECF No. [82],** is **GRANTED.**
2. Defendant Vegalab, Inc. is **DISMISSED** from the above-styled case.

**DONE AND ORDERED** in Miami, Florida, this 20th day of February, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record