**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CV-81104-BB (BLOOM)**

| | |
|---|---|
| **GREENWAY NUTRIENTS, INC.**, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID SELAKOVIC**, an individual; **STEVEN BLACKBURN**, an individual; **FULFILLMENT SOLUTIONS SERVICES, INC.,** a Florida corporation; **NEW EPIC MEDIA, LLC**, a Florida limited liability company; **VEGALAB S.A.**, a Swiss company; **VEGALAB LLC**, a Delaware limited liability company; **VEGALAB INC., F/K/A HPC ACQUISITIONS, INC.**, a Nevada corporation; **THE RYAN LAW GROUP, LLC**, a Florida limited liability company; **JAMES D. RYAN**, an individual; **MICHAEL J. RYAN**, an individual; **SUPREME GROWERS LLC**, a Tennessee limited liability company; **ECOWIN CO., LTD.**, a South Korean company; and **DOE ENTITIES 1-10**, inclusive,<br><br>Defendants. | **GREENWAY NUTRIENTS, INC.'S NOTICE OF JOINT LIABILITY AS TO DEFENDANTS ECOWIN CO., LTD., THE RYAN LAW GROUP, PLLC, JAMES D. RYAN, AND MICHAEL J. RYAN** |

Pursuant to the Court's Order on Default Judgment Procedure and on Motion to Stay [DE 92], Plaintiff Greenway Nutrients, Inc. ("Greenway") respectfully submits this Notice of Joint Liability as to defaulted Defendant Ecowin Co., Ltd. ("Ecowin"), and Defendants The Ryan Law Group, PLLC, James D. Ryan, and Michael J. Ryan (the "Ryan Defendants"), and in support states as follows:

1. On August 17, 2018, Greenway filed the Complaint in this matter. (DE 1) ("Compl.").

2. Ecowin was served with the Summons and Complaint on November 7, 2018. (DE 68)

3. Ecowin has neither answered nor otherwise responded to Plaintiff's Summons and Complaint, and, per the Court's February 15, 2019 Order, the time to do so has expired.

4. On March 6, 2019, the Clerk entered a default as to Ecowin pursuant to Fed. R. Civ. P. 55(a). (DE 91)

5. The Ryan Defendants have appeared in this matter and answered the Complaint. (DE 85)

6. Greenway alleges that Ecowin breached its contract with Greenway and breached the implied covenant of good faith and fair dealing in so doing. (Compl. ¶¶ 116-29)

7. Greenway alleges that the Ryan Defendants disclosed confidential information relating to Ecowin to others in breach of their fiduciary duties to Greenway and tortiously interfered with Greenway's contract and prospective business relations with Ecowin. (Compl. ¶¶ 105-15, 130-60)

8. The Ryan Defendants have indicated that they anticipate contesting that a contract was formed between Greenway and Ecowin. Accordingly, although Greenway maintains that it indeed had a binding contract with Ecowin, there is the possibility of inconsistent liability between Ecowin and the Ryan Defendants.

9. As there is a possibility of inconsistent liability, the Ryan Defendants' liability must be resolved before Greenway can move for entry of default final judgment against Ecowin.

Dated: March 28, 2019                                    Respectfully submitted,

/s/ Ronald S. Nisonson
Ronald S. Nisonson, Esq.
Florida Bar No. 79405
rnisonson@warddamon.com
**Ward Damon Posner Pheterson & Bleau**
4420 Beacon Circle
West Palm Beach, Florida 33407-3281
Telephone:    (561) 842-3000
Facsimile:    (561) 842-3626


John M. Pierce, Esq.                                     Jonathan A. Sorkowitz, Esq.
(*pro hac vice*)                                         (*pro hac vice*)
jpierce@piercebainbridge.com                             jsorkowitz@piercebainbridge.com
600 Wilshire Boulevard, Suite 500                        20 West 23rd Street, Fifth Floor
Los Angeles, California 90017                            New York, New York 10010
Telephone:    (213) 262-9333                             Telephone: (213) 262-9333
**Pierce Bainbridge Beck**                               **Pierce Bainbridge Beck**
**Price & Hecht LLP**                                    **Price & Hecht LLP**

*Attorneys for Plaintiff Greenway Nutrients, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2019, a true copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the Service List below.

/s/ Ronald S. Nisonson
Ronald S. Nisonson, Esq.

**SERVICE LIST**
**James D. Ryan, Esq.**
Florida Bar No. 976751
jdr@ryanlawgroup.net
sue@ryanlawgroup.net
**Ryan Law Group, PLLC**
636 US Highway One, Suite 110
North Palm Beach, Florida 33408
Telephone: (561) 881-4447
Facsimile: (561) 881-4461
*Attorney for Defendants Vegalab, LLC,*
*Vegalab Inc., Ryan Law Group, PLLC,*
*Michael J. Ryan, and James D. Ryan*