UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81104-BLOOM/Valle

GREENWAY NUTRIENTS, INC.,

    Plaintiff,

v.

ECOWIN CO., LTD., *et al*.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Ward, Damon, Posner, Pheterson & Bleau ("Ward Damon") and Pierce Bainbridge Beck Price & Hecht LLP ("Pierce Bainbridge") (collectively, "Plaintiff's Counsel") Motion to Withdraw as Counsel for Plaintiff. *See* ECF No. [96] (the "Motion"). The Court has reviewed the Motion, the Response in Opposition, ECF No. [97], the record and the applicable law, and is otherwise fully advised. The Motion requests that this Court enter an order permitting counsel to withdraw from the above-styled case and from further representation of Plaintiff Greenway Nutrients, Inc. ("Plaintiff"), citing a "fundamental disagreement" between Plaintiff and Plaintiff's Counsel as a basis for the Motion. *Id*. at 2. The Court finds good cause exists to permit Plaintiff's Counsel to withdraw..

Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [96]**, is **GRANTED**.

2. **Within four (4) days of the entry of this Order**, Plaintiff's Counsel shall serve a copy of this Order on the Plaintiff **and file a Notice with the Court indicating**

<u>**when service was made**</u> and indicating that the contents of this Order were thoroughly explained to Plaintiff.

3. Subsequent to filing the Notice, Ward, Damon, Posner, Pheterson & Bleau and Pierce Bainbridge Beck Price & Hecht LLP, shall be relieved of all further responsibilities related to Defendants in these proceedings.

4. **Plaintiff shall have twenty days (20) from the date of service of this Order** to obtain new counsel and to have their new counsel file a Notice of Appearance with the Court.[1]

**DONE AND ORDERED** in Miami, Florida this 1st day of April, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] The Court notes that Plaintiff must be represented by counsel, as "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).