**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-81104-BLOOM/Valle**

GREENWAY NUTRIENTS, INC.,

    Plaintiff,
v.

ECOWIN CO., LTD., *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. On April 1, 2019, the Court granted Plaintiff's counsel's Motion to Withdraw as Counsel for Plaintiff in the above-styled case. ECF No. [98]. The Court ordered the Plaintiff[1] to obtain new counsel and to have its new counsel file a Notice of Appearance within twenty (20) days of service of the Court's Order (the "Order"). ECF No. [98], at 2. Plaintiff's former counsel served a copy of the Order on Defendants on April 2, 2019. *See* ECF No. [99]. Plaintiff's former counsel transmitted the Order to Plaintiff in numerous ways to ensure its receipt. *Id.* at 2 ("Counsel emailed the letter and Order to Greenway's principal Gustavo Escamilla, sent a hard copy of the Letter and Order by Federal Express to Greenway's address . . . and FedExed a copy of the Letter and Order to Mr. Escamilla's home address"). Based on the service date of the Order on Plaintiff, the deadline for Plaintiff to retain counsel was April 22, 2019. Plaintiff did not comply with the Court's Order. After the Plaintiff failed to comply with the Order, the Court then issued another Order requiring compliance no later than April 30, 2019 ("Second Order"). ECF No. [104]. The Second Order cautioned the

---

[1] The Court notes that Plaintiff Greenway Nutrients, Inc. must be represented by counsel, as "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

Case No. 18-cv-61074-BLOOM/Valle

Plaintiff that "[*f*]*ailure to comply will result in sanctions, including, but not limited to, dismissal without prejudice and without further notice*." ECF No. [104] (emphasis in original). To date Plaintiff has failed to comply with the Court's Orders. *See* ECF Nos. [98], [104]. The time for compliance has passed and the Plaintiff has not complied nor sought an extension of time within which to do so.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE.**
2. The Clerk of the Court is instructed to **CLOSE** the case.
3. To the extent not otherwise disposed of, all deadlines are **TERMINATED.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of May, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Greenway Nutrients, Inc.
135 East Olive Ave, #4103
Burbank, CA. 91503

Greenway Nutrients, LLC
405 South Platte River Drive
Denver, CO 80223

Ecowin Co., Ltd.
62, Seongseogondan-ro 11-gil, Dalseo-gu, Deagu, 42713
(Rm 522, Building No. 2, Daegu Techno Park Venture)